IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00672-MEH

LILLEBABY, LLC,

    Plaintiff,

v.

KOKADI GMBH & CO. KG,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2019.**

    This matter comes before the Court sua sponte. Upon review of the docket in this case, the Court notes that Defendant has not been served nor has it appeared. Accordingly, the Scheduling Conference currently set for May 6, 2019, is **converted** to a Status Conference at which Plaintiff's counsel shall be prepared to discuss service of process and the progression of this case. The Status Conference will take place in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).