IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00672-MEH

LILLEBABY, LLC,

    Plaintiff,

v.

KOKADI GMBH & CO. KG,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2019.**

    This matter comes before the Court sua sponte. The Status Conference currently set for May 6, 2019, **will commence at 11:00 a.m.** that same day.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).