**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00672-MEH

LILLEBABY, LLC,

        Plaintiff,

    v.                        *DEMAND FOR JURY TRIAL*

KOKADI GMBH & CO. KG,

        Defendant.

---

**FED. R. CIV. P. 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL
AGAINST DEFFENDANT KOKADI GMBH & CO. KG**

---

Plaintiff LILLEbaby, LLC, by and through its attorneys, and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i), submits the foregoing Notice of Voluntary Dismissal Against Defendant Kokadi GmbH & Co. KG.

1.    Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2.    This matter was filed on March 6, 2019. *See* Doc. No. 1.

3.    Defendant Kokadi GmbH & Co. KG has served neither an answer nor a motion for summary judgment in this case.

LILLEbaby, LLC hereby dismisses Defendant Kokadi GmbH & Co. KG from this action without prejudice in accordance with FED. R. CIV. P. 41(a)(1)(A)(i), with all parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

Dated: May 28, 2019

By: /s/ *Christopher L. Limpus*

Christopher L. Limpus
LIMPUS & LIMPUS
7723 Arlington Drive
Boulder, Colorado 80303
Telephone: (303) 731-9540
Chris@limpuslaw.com

Attorneys for Plaintiff LILLEbaby, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing has been served by forwarding said copy on this the 28th day of May 2019, via first class mail to:

Kokadi GmbH & Co. KG
Domagkstr. 7
85551 Kirchheim B
Munich, Germany

/s/ Christopher L. Limpus
Christopher L. Limpus, Esq.