IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00672-MEH

LILLEBABY, LLC,

    Plaintiff,

v.

KOKADI GMBH & CO. KG,

    Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed May 28, 2019; ECF No. 11]. The Court finds the Notice and terms of the dismissal proper. Thus, this case is voluntarily **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 29th day of May, 2019.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge